845 A.2d 776

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Felipe SANCHEZ, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 10, 2003.

Decided March 23, 2004.

Nicholas J. Casenta, for Com., of Pennsylvania.

William Stayton Roemer, for appellee.

Before CAPPY, C.J., CASTILLE, NIGRO, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Chester County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).